July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM ADAM FLOWERS, Appellant

NO. 14-11-00894-CV                    V.

LACEY FLOWERS, Appellee

_____

     This cause, an appeal from a final order signed, September 9, 2011, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. For good cause, we further order that all costs incurred by reason of this appeal be paid by appellee Lacey Flowers. We further order this decision certified below for observance.